

11090137
6/28/10
$ 644.52

**JOHN H. RING, III**
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

June 25, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



FILED
JUN 28 2010
BANKRUPTCY COURT
BUFFALO, NY

Re: John A. Smith
Bk. No. 04-14248K

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of John A. Smith.

I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of John A. Smith's check no. 10135 in the amount of $644.52 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of John A. Smith.

| | | |
|---|---|---|
| Claim No. 4- | Agway Energy Products<br>PO Box 747037<br>Pittsburgh, PA 15274-7037 | $209.05 |
| Claim No. 7 | Cingular Wireless<br>PO Box 17496<br>Baltimore, MD 21297-1496 | $ 52.25 |
| Claim No. 9 | Dales Market<br>134 South Main Street<br>Albion, NY 14411 | $ 87.09 |
| Claim No. 10 | Fleet Bank<br>PO Box 2197<br>Boston, MA 02106 | $148.07 |

| | | |
|---|---|---|
| Claim No. 11 | Fleet Bank<br>PO Box 2197<br>Boston, MA 02106 | $ 60.97 |
| Claim No. 17 | TRS Recovery Service<br>PO Box 17170<br>Denver, CO 80217-0170 | $ 87.09 |

If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
WESTERN DIVISION

In re:

SMITH, JOHN A.

Debtor.

Chapter 7

Case No. 04-14248 MJK

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 4 | Agway Energy Products<br>P.O. Box 747037<br>Pittsburgh, PA 15274-7037 | $1,200.00 | $209.05 |
| 7 | Cingular Wireless<br>P.O. Box 17496<br>Baltimore, MD 21297-1496 | $300.00 | $52.25 |
| 9 | Dales Market<br>134 South Main Street<br>Albion, NY 14411 | $500.00 | $87.09 |
| 10 | Fleet Bank<br>P.O. Box 2197<br>Boston, MA 02106 | $850.00 | $148.07 |
| 11 | Fleet Bank<br>P.O. Box 2197<br>Boston, MA 02106 | $350.00 | $60.97 |
| 17 | TRS Recovery Services, Inc.<br>P.O. Box 17170<br>Denver, CO 80217-0170 | $500.00 | $87.09 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 644.52

Dated: June 25, 2010

JOHN HARING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994

FILED JUN 2 8 2010 BANKRUPTCY COURT BUFFALO, N.Y.